Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ARTHUR R. VALDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. VALDEZ | Case No.: 2:24-cv-00907-DMC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT; ORDER |
| v. | |
| MARTIN O'MALLEY, Commissioner of Social Security, | (FIRST REQUEST) |
| Defendant. | |

TO THE COURT:

Plaintiff Arthur R. Valdez and Defendant Martin O'Malley, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time from June 19, 2024, to July 24, 2024, for Plaintiff to file his Motion for Summary Judgment, with all other dates extended accordingly. This is Plaintiff's first request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

//

Counsel's autoimmune-compromised mother, for whom she is a caretaker, has fallen ill due to a significant lupus flare, requiring additional medical care. Consequently, counsel has had to take the last two weeks off to attend to her mother's medical needs.

The parties request that the briefing schedule be modified as follows: Plaintiff will file his Motion for Summary Judgment by July 24, 2024. Defendant will file his Cross-Motion for Summary Judgment by August 23, 2024. Plaintiff may file any optional reply within 14 days of the service of the Commissioner's Cross-Motion for Summary Judgment. The parties make this request in good faith with no intention to unduly delay the proceedings.

DATE: June 18, 2024          Respectfully submitted,

                                             LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

                                /s/ *Monica Perales*[1]
                    BY: _____
                          Monica Perales
                          Attorney for plaintiff  Arthur R. Valdez

DATE:  June 18. 2024

                          PHILLIP TALBERT
                          United States Attorney
                          MATHEW W. PILE
                          Associate General Counsel
                          Social Security Administration

---

[1] Counsel for the plaintiff attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *Justin L. Martin*

BY: _____
Justin L. Martin
Special Assistant United States Attorney
Attorneys for defendant Martin O'Malley,
Commissioner of Social Security
|*authorized by e-mail|

## ORDER

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that the briefing schedule is amended:

Plaintiff's Motion for Summary Judgment due: July 24, 2024; Defendant's Cross-Motion due: August 23, 2024; and Plaintiff's optional reply due: September 6, 2024.

**IT IS SO ORDERED**

**Dated:  June 26, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 2:24-CV-00907-DMC**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on June 18, 2024.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Monica Perales*
_____

Monica Perales
Attorneys for Plaintiff