Monica Perales
Attorney at Law: 297739
12631 East Imperial Highway Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-8868
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
ARTHUR R. VALDEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR R. VALDEZ | Case No.: 2:24-cv-00907-DMC |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MARTIN O'MALLEY, | (SECOND REQUEST) |
| Commissioner of Social Security, | |
| Defendant. | |

TO THE COURT:

Plaintiff Arthur R. Valdez and Defendant Martin O'Malley, Commissioner of Social Security, by and through their attorneys, stipulate, subject to this court's approval, to extend the time from July 24, 2024, to August 8, 2024, for Plaintiff to file his Motion for Summary Judgment, with all other dates extended accordingly. This is Plaintiff's second request for an extension. This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented.

//

1       Counsel became infected with Covid 19 and is experiencing significant

2  symptoms such as high fevers despite medication, body aches, shortness of breath

3  and headaches.

4       The parties request that the briefing schedule be modified as follows:

5  Plaintiff will file his Motion for Summary Judgment by August 8, 2024. Defendant

6  will file his Cross-Motion for Summary Judgment by September 9, 2024. Plaintiff

7  may file any optional reply within 14 days of the service of the Commissioner's

8  Cross-Motion for Summary Judgment. The parties make this request in good faith

9  with no intention to unduly delay the proceedings.

10  DATE: July 24, 2024      Respectfully submitted,

11                         LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

12                    /s/  *Monica Perales*[1]

13          BY: _____

14                    Monica Perales
                          Attorney for plaintiff  Arthur R. Valdez

15

16  DATE:  July 24. 2024
                          PHILLIP TALBERT

17                          United States Attorney
                          MATHEW W. PILE

18                          Associate General Counsel
                          Social Security Administration

19

20

21

22

23                        /s/ *Justin L. Martin*

24

25  [1] Counsel for the plaintiff attests that all other signatories listed, and on whose

26  behalf the filing is submitted, concur in the filing's content and have authorized the filing.

BY: _____
    Justin L. Martin
    Special Assistant United States Attorney
    Attorneys for defendant Martin O'Malley,
    Commissioner of Social Security
    |*authorized by e-mail|

## ORDER

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that the briefing schedule is amended:

Plaintiff's Motion for Summary Judgment due: August 8, 2024; Defendant's

Cross-Motion due: September 9, 2024; and Plaintiff's optional reply due:

September 23, 2024.

**IT IS SO ORDERED**

Dated:  July 25, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE
JUDGE

-3-