IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR VALDEZ,<br><br>        Plaintiff,<br><br>  v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | No.  2:24-CV-0907-DMC<br><br>ORDER |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pending before the Court is the parties' stipulation for modification of the briefing schedule for this case. See ECF No. 13. Good cause appearing therefor, the stipulation, which is signed by all counsel, is approved. Plaintiff's motion for summary judgment is due by August 15, 2024; Defendant's cross-motion for summary judgment is due by September 16, 2024; and Plaintiff's optional reply brief is due by September 23, 2024.

      IT IS SO ORDERED.

Dated:  August 12, 2024

                                                _____<br>
                                                DENNIS M. COTA<br>
                                                UNITED STATES MAGISTRATE JUDGE