```
1  PHILLIP A. TALBERT
   United States Attorney
2  MATHEW W. PILE
   Associate General Counsel
3  Office of Program Litigation, Office 7
   Oscar Gonzalez de Llano
4  Special Assistant United States Attorney
           Social Security Administration
5          Office of General Counsel
           6401 Security Boulevard
6          Baltimore, MD 21235
           Telephone: (510) 970-4818
7          Email: Oscar.Gonzalez@ssa.gov
   Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| ARTHUR R. VALDEZ, | No. 2:24-cv-00907-DMC |
|---|---|
| Plaintiff, | |
| v. | STIPULATED MOTION AND ORDER FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| MARTIN O'MALLEY, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from September 16, 2024, to October 16, 2024. This is Defendant's first request for an extension. Counsel for Plaintiff has no objection to Defendant's request for an extension.

Good cause exists for this request. Defendant respectfully requests this additional time because Counsel for Defendant has and will be unable to devote the time required to complete its

Stipulated Motion for Extension of Time

1

response. Counsel has multiple merit briefs currently due in district court cases within the next week. Given competing workload requirements an extension until October 16, 2024, will provide the opportunity for the undersigned Counsel for Defendant to prioritize completing the response to Plaintiff's Motion for Summary Judgment. The undersigned Counsel apologizes to the Court and Plaintiff's counsel for any inconvenience caused by this request and delay. All other dates in the Court's Scheduling Order shall be extended accordingly.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

DATE: September 5, 2024          By:   *s/ Oscar Gonzalez de Llano*
                                        OSCAR GONZALEZ DE LLANO
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

Respectfully submitted,

Law Offices of Lawrence D. Rohlfing, Inc., CPC

DATE: September 5, 2024          By:   *s/ Monica Perales* *
                                        Monica Perales
                                        (*as authorized by email)
                                        Attorney for Plaintiff

<u>ORDER</u>

Pursuant to Defendant's Motion, IT IS SO ORDERED that Defendant shall have an extension, up to and including October 16, 2024, to respond to Plaintiff's Motion for Summary Judgment.

Dated: September 10, 2024

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE